**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WILLIAM R. BIEWENGA and MAUREEN A. RODDY** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 06 - 304 S** |
| | : | |
| **AMANDA D. DONNELLY, formerly known as AMANDA D. JARROW** | : | |

## STIPULATION

The parties stipulate and agree that the Defendant shall have up and through August 31, 2006 to answer the Plaintiff's Complaint.

Plaintiffs,
By their attorney

/s/ Francis S. Holbrook II

Francis S. Holbrook II, (3412)
Miller Scott & Holbrook
122 Touro Street
Newport, RI 02840
401-847-7500
Fax: 401-841-8534
fholbrook@millerscott.com

Defendant,
By her attorney

Nancy J. Oliver #2460
40 Elam Street
Wickford, RI 02852
401-294-9695
Fax: 401-667-7104
dcbjarrow@cox.net

## CERTIFICATION

I hereby certify that on the ____ day of August, 2006 I did send by first class mail a true and accurate copy of the within Stipulation to Nancy J. Oliver, 40 Elam Street, Wickford, RI 02852

/s/ Francis S. Holbrook II

4679/cb