**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WILLIAM R. BIEWENGA and** | : | |
| **MAUREEN A. RODDY** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 06 - 304** |
| | : | |
| **AMANDA D. DONNELLY, formerly** | : | |
| **known as AMANDA D. JARROW** | : | |

## DISMISSAL STIPULATION

The above matter is dismissed, with prejudice. Each party to bear their own fees and costs.

Respectfully Submitted for the Plaintiffs,
William R. Biewenga and Maureen A. Roddy
By their Attorney,

August 10, 2006
Date

/s/ Francis S. Holbrook II
Francis Holbrook
**Miller, Scott & Holbrook**
122 Touro Street
Newport, RI 02840
(401) 847-7500

## CERTIFICATION

I hereby certify that on the 10th day of August, 2006 I did send by first class mail, postage prepaid and by facsimile a true and accurate copy of the within Dismissal Stipulation to Nancy J. Oliver, 40 Elam Street, Wickford, RI 02852.

/s/ Francis S. Holbrook II
Francis S. Holbrook II

4640/cb