UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM R. BIEWENGA and MAUREEN A. RODDY | : | |
| vs. | : | C.A. No.: 06 - 304 S |
| AMANDA D. DONNELLY, formerly known as AMANDA D. JARROW | : | |

**STIPULATION**

The parties stipulate and agree that the Defendant shall have up and through August 31, 2006 to answer the Plaintiff's Complaint.

Plaintiffs,
By their attorney

/s/ Francis S. Holbrook II
Francis S. Holbrook II, (3412)
Miller Scott & Holbrook
122 Touro Street
Newport, RI 02840
401-847-7500
Fax: 401-841-8534
fholbrook@millerscott.com

Defendant,
By her attorney

Nancy J. Oliver #2460
40 Elam Street
Wickford, RI 02852
401-294-9695
Fax: 401-667-7104
debjarrow@cox.net

**CERTIFICATION**

I hereby certify that on the ____ day of August, 2006 I did send by first class mail a true and accurate copy of the within Stipulation to Nancy J. Oliver, 40 Elam Street, Wickford, RI 02852

/s/ Francis S. Holbrook II

4679/cb

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 8/9/06